# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Andrew Galpern, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-103 |
| US STAR TRUCKING, LLC | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US STAR TRUCKING, LLC
℅ Latofat Sattorova, Registered Agent
314 Park View Cir.
Pigeon Forge, TN 37863

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian D. Flick and Brent S. Snyder
DannLaw
15000 Madison Avenue
Lakewood, OH 44107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/7/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:25-cv-103

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Star Trucking, LLC
was received by me on *(date)* 07/02/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* A filed copy of Issued Summons, Complaint with Exhbits and Governing Orders was served on the registered agent for the defendant on July 29, 2025 via certified mail, return receipt requested
USPS Tracking no. 9589 0710 5270 1988 7040 48

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/29/2025

/s/ Kimberly White
*Server's signature*

Kimberly White, Paralegal
*Printed name and title*

DannLaw
15000 Madison Avenue, Lakewood, OH 44107
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701988704048

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 10:34 am on July 29, 2025 in KNOXVILLE, TN 37923.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

KNOXVILLE, TN 37923
July 29, 2025, 10:34 am

**Arrived at USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER
July 28, 2025, 9:27 am

**In Transit to Next Facility**

July 27, 2025

**Arrived at USPS Regional Facility**

CLEVELAND OH DISTRIBUTION CENTER
July 25, 2025, 8:37 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

Feedback

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs